| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com | **Order Filed on March 5, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>John Peter Musso<br><br>Debtors | CASE NO.: 19-33352<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>Christine M. Gravelle<br><br>HEARING DATE:<br><br>March 4, 2020 at 9:00 AM |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 5, 2020**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") pursuant to 11 U.S.C. 105(a) and 362(d)(1) and 362(d)(2) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay pursuant to 11 U.S.C. 362(a), is hereby vacated for case pursuant to 11 U.S.C. 105(a) and 362(d)(1) and 362(d)(2) as to Movant, its agents, assigns or successors in interest, so that Movant its agents, assigns or successors in interest, may take any and all actions under applicable state law to exercise its remedies against the following:

[x] Real property commonly known and more fully described as: 140 Van Der Noot Place, Bayville, NJ 08721

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit BSI Financial Services as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 140 Van Der Noot Place, Bayville, NJ 08721; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

~~**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $400.00 and costs in the amount of $181.00; and it is further~~

**ORDERED**, that the Co-Debtor stay against "Denise Musso" is lifted pursuant to 11 U.S.C. 1301(c); and it is further

~~**ORDERED**, that the 14-day stay after entry of this Order, afforded by Fed. R. Bankr. Pr. 4001(a)(3) is hereby waived; and it is further~~

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.